UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND

Eastern District of Kentucky
FILED
JAN 08 2024
AT ASHLAND
Robert R. Carr
CLERK U.S. DISTRICT COURT

CIVIL ACTION NO. 23-98-DLB-CJS

JETTA TODD, et al.                                                                                      PLAINTIFFS

v.                                                              **ORDER**

FIFTH THIRD BANK NATIONAL
ASSOCIATION, et al.                                                                                DEFENDANTS

\*\*\*  \*\*\*  \*\*\*  \*\*\*  \*\*\*  \*\*\*

This matter is before the Court upon the Report and Recommendation ("R&R") of United States Magistrate Judge Candace J. Smith (Doc. # 12), wherein she recommends that Plaintiffs' Motion to Remand to State Court (Doc. # 7), be granted due to lack of subject matter jurisdiction. No objections having been filed, and the time to do so having now expired, the R&R is ripe for the Court's consideration. The Court having reviewed the R&R, concluding that it is sound, and being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

(1)   The Magistrate Judge's Report and Recommendation ("R&R") (Doc. # 12), is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

(2)   Plaintiffs' Motion to Remand to State Court, (Doc. # 7) is **granted**;

(3)   This matter is **REMANDED** to Boyd Circuit Court; and

(4)   This matter is hereby **stricken** from the Court's active docket.

This **7th** day of January, 2024.



Signed By:
**David L. Bunning** *DB*
**United States District Judge**

L:\DATA\ORDERS\Ashland Civil\2023\23-98 Order Adopting R&R.docx